DUDA,
*Appellant,*

*v.*

FAR WEST FEDERAL BANK,
*Respondent.*

(35571; CA A33926)

705 P2d 765

Paul J. Speck, Bend, argued the cause for appellant. With him on the brief was Forcum, Parker & Speck, Bend.

William M. Holmes, Bend, argued the cause for respondent. With him on the brief was Gray, Fancher, Holmes & Hurley, Bend.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Plaintiff appeals a judgment for defendant, her landlord, on her complaint for injuries sustained when she fell on the property surrounding her mobile home. The court dismissed the complaint on the ground it did not state a cause of action. Plaintiff concedes that our decision in *Humbert v. Sellers,* 67 Or App 176, 677 P2d 760, *rev allowed* 297 Or 227 (1984), is controlling but contends that that decision should be overruled. We decline the invitation and affirm the judgment.

Affirmed.